| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COFFMAN, JENNIFER B. | E.D. AND W.D./KY | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 306 US COURTHOUSE<br>101 BARR STREET<br>LEXINGTON, KY 40588-2228 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Coffman, Jennifer B.**

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | SELF-EMPLOYED DENTIST |
| 2. | 2010 | PEARSON JUSTICE AND COFFMAN LLC - EQUIPMENT LEASING |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CITIZENS BANK - COMMON STOCK | | None | | | Merged (with line 51) | 12/17/10 | J | | |
| 2. RENTAL PROPERTY, ▓▓▓ HOPKINS COUNTY), KENTUCKY | C | Rent | K | S | | | | | |
| 3. KENTUCKY TAX FREE INCOME SERIES | A | Dividend | J | T | | | | | |
| 4. IRA #3 (CENTRAL BANK) | | None | M | T | | | | | |
| 5. -CASH BALANCE IN IRA #3 | | None | J | T | | | | | |
| 6. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | K | T | Sold (part) | 04/06/10 | J | | |
| 7. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 8. -MATTHEWS PACIFIC TIGER | A | Dividend | K | T | Buy (add'l) | 04/06/10 | J | | |
| 9. -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | |
| 10. -GOLDMAN SACHS FINCL SQUARE | | None | | | | | | | |
| 11. -FEDERATED CAP APPRECIATION FUND I SHARES | | | | | Sold | 09/09/10 | L | | |
| 12. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy (add'l) | 04/06/10 | J | | |
| 13. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy (add'l) | 04/06/10 | J | | |
| 14. -SPDR GOLD TR | | None | J | T | Sold (part) | 09/20/10 | J | A | |
| 15. | | | | | Sold (part) | 11/04/10 | J | A | |
| 16. -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. -T ROWE PRICE MID CAP GROWTH FUND #47 | | None | K | T | Sold (part) | 04/06/10 | J | A | |
| 18. | | | | | Sold (part) | 05/24/10 | J | A | |
| 19. -VANGUARD INDEX FDS REIT▓ | A | Dividend | J | T | | | | | |
| 20. -FEDERATED MAX-CAP INDEX INSTITUTIONAL▓ | B | Dividend | L | T | Buy | 09/09/10 | L | | |
| 21. -FEDERATED PRIME OBLIGATION MONEY MKT | A | Dividend | J | T | | | | | |
| 22. WESLEY COFFMAN DMD 401(K) PROFIT SHARING PLAN (CENTRAL BANK) | | None | N | T | | | | | |
| 23. -CASH BALANCE IN▓ ▓DMD 401(K) PSP CENTRAL BANK | | None | J | T | | | | | |
| 24. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | J | T | Sold (part) | 04/05/10 | J | A | |
| 25. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 26. | | | | | Sold (part) | 07/07/10 | K | | |
| 27. -GOLDMAN SACHS FINCL SQUARE MONEY MARKET-PRINCPL | A | Dividend | | | | | | | |
| 28. -MATT PACIFIC TIGER | A | Dividend | J | T | Sold (part) | 07/07/10 | K | A | |
| 29. -FEDERATED CAP APPRECIATION FUND I | | None | | | Buy (add'l) | 04/05/10 | J | | |
| 30. | | | | | Sold (part) | 07/07/10 | L | | |
| 31. | | | | | Sold (part) | 09/02/10 | J | | |
| 32. | | | | | Sold | 09/08/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -FEDERATED TOTAL RETURN BOND FUND | C | Dividend | M | T | Buy (add'l) | 04/05/10 | J | | |
| 34. | | | | | Buy (add'l) | 07/07/10 | M | | |
| 35. | | | | | Sold (part) | 09/02/10 | J | A | |
| 36. | | | | | Sold (part) | 12/07/10 | J | A | |
| 37. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy (add'l) | 04/05/10 | J | | |
| 38. | | | | | Sold (part) | 07/07/10 | J | | |
| 39. -SPDR GOLD TR | | None | J | T | Sold (part) | 07/07/10 | J | A | |
| 40. | | | | | Sold (part) | 09/15/10 | J | A | |
| 41. | | | | | Sold (part) | 11/01/10 | J | A | |
| 42. -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | J | T | Sold (part) | 07/07/10 | J | | |
| 43. -T ROWE PRICE MID CAP GROWTH FUND #47 | | None | J | T | Sold (part) | 04/05/10 | J | A | |
| 44. | | | | | Sold (part) | 05/21/10 | J | A | |
| 45. | | | | | Sold (part) | 07/07/10 | K | A | |
| 46. -VANGD INDEX REIT▨ | A | Dividend | J | T | Sold (part) | 07/07/10 | J | A | |
| 47. -FEDERATED MAX-CAP INDEX INSTITUTIONAL▨ | A | Dividend | L | T | Buy | 09/08/10 | K | | |
| 48. -FEDERATED PRIME OBLIGATION MONEY MARKET | A | Dividend | J | T | | | | | |
| 49. JP MORGAN CHASE ACCOUNT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. RENTAL PROPERTY - LEXINGTON, KY (X) | D | Rent | L | S | | | | | |
| 51. CITIZENS BANCORP OF HICKMAN - COMMON STOCK | A | Dividend | J | T | | | | | |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ITEMS SOLD ON LINES 6,11,26,30,31,32,38,42 WERE SOLD AT A LOSS.

ITEMS ON LINES 10 AND 27 ARE MONEY MARKET FUNDS THAT ARE USED BY THE IRA TO STAGE DIVIDEND, INTEREST AND CONTRIBUTION RECEIPTS. THE ACCOUNT IS ZERO BALANCING CASH EQUIVELENT ACCOUNT HELD BY AN IRA AND PER THE INSTRUCTIONS NO TRANSACTION DISCLOSURE IS REQUIRED.

ITEM ON LINE 50 IS A [redacted] THAT WAS RENTED IN 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JENNIFER B. COFFMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544